IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL LEE BREWER                                           PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:16-cv-343-FKB

MARSHAL FISHER, ET AL                                   DEFENDANT

**ORDER OF DISMISSAL**

This cause is before the Court *sua sponte* for dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b). In its orders, the Court warned Plaintiff that he should keep the Court informed of his current address. In his filings with this court, Plaintiff has indicated that he is currently housed at the Central Mississippi Correctional Facility in Pearl, Mississippi. However, two orders mailed to him at that facility, one on April 16, 2018, and another on June 4, 2018, were returned as undeliverable, indicating Plaintiff is no longer housed there. *See* [21]; [23]. On June 12, 2018, the Court issued a Show Cause Order to Plaintiff, requiring him to respond by June 29, 2018, stating why the case should not be dismissed for failure to prosecute. [24]. That order was returned as undeliverable on June 25, 2018. *See* [25]. Plaintiff has also failed to respond as required.

Accordingly, the Court finds that Plaintiff has failed to prosecute his case. This action is hereby dismissed without prejudice.

So ordered, this the 2nd day of July

                                                     /s/ F. Keith Ball
                                                     UNITED STATES MAGISTRATE JUDGE